**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                              4:14CR00080-6 KGB

TISAN KEION BATES

## ORDER FOR DESIGNATION OF PSYCHOLOGICAL FACILITY AND PSYCHOLOGICAL EVALUATION

The Defendant has a history of treatment for bipolar disorder and schizophrenia at the Arkansas State Hospital. During his April 22, 2014 Plea and Arraignment, his attorney and the Assistant United States Attorney jointly requested that Defendant undergo a psychological examination pursuant to 18 U.S.C. §§ 4241 and 4242. The parties' oral Motion for Psychological Examination is GRANTED.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify the undersigned United States Magistrate Judge and United States District Judge Kristine G. Baker upon receipt of Defendant's facility designation for the psychological evaluation. Pursuant to 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

IT IS SO ORDERED this 23nd day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE